# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02463-REB

JENNIFER J. JOHANTGEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#17] entered by Judge Robert E. Blackburn on March 22, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.

DATED at Denver, Colorado, this 29th day of March, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.